UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Foresight Energy, LLC


Plaintiff(s)

- v -

Arch Reinsurance Ltd.


Defendant(s)

_____

**RULE 7.1 STATEMENT**


_____

Case Number


Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Foresight Energy, LLC


(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

Petitioner's sole member is Foresight Energy Resources, LLC, a Delaware limited liability company, with a principal place of business in St. Louis, Missouri.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

10/3/23

Date

/s/ Robert L. Sills
_____
Signature of Attorney

RS8896
_____
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022