**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

Foresight Energy, LLC,

                        Petitioner,

     v.

Arch Reinsurance Ltd.,

                        Respondent.

-------------------------------------------------------------x

Arch Reinsurance Ltd.,

                        Cross-Petitioner,

     v.

Foresight Energy, LLC,

                        Cross-Respondent.

-------------------------------------------------------------x

No. 23-CV-08703
Hon. Valerie E. Caproni

**DECLARATION OF**
**MICHAEL A. KNOERZER**

I, MICHAEL A. KNOERZER, declare as follows:

     1.     I am a partner in the law firm of Clyde & Co US LLP and represent Respondent and Cross-Petitioner Arch Reinsurance Ltd. ("Arch Re") in this action. I submit this Declaration in support of Arch Re's Answer and Cross-Petition to Compel Arbitration pursuant to 9 U.S.C. § 4, and in opposition to Foresight Energy, LLC's ("Foresight") Petition for an Order to Show Cause for a Preliminary Injunction in aid of Arbitration.

     2.     Attached hereto as Exhibit A is a true and correct copy of the insurance policy issued by Arch Re to ACNR Holdings, Inc. and Foresight Energy Resources, LLC, Policy No. 8874-742-20, with a Policy Period from December 15, 2020 to December 15, 2021.

3.      Attached hereto as Exhibit B is a true and correct copy of an email thread from September 14, 2023 to September 15, 2023 between Martin Ruiz Garcia, Michael Knoerzer, Peter Netburn, Robert L. Sills, Joseph D. Jean, Alexander D. Hardiman, and Janine Stanisz.

4.      Attached hereto as Exhibit C is a true and correct copy of an order from the United States District Court for the Eastern District of Missouri dated March 21, 2023, in the action styled *Foresight Energy LLC v. Ace Am. Ins. Co.*, No. 4:22-cv-00887-JAR (E.D. Mo.), compelling Foresight to arbitrate its contractual disputes with Arch Re.

Dated: New York, New York
        October 12, 2023

_____
                    Michael A. Knoerzer