USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FORESIGHT ENERGY, LLC,

                            Petitioner.                      23-CV-8703 (VEC)

      -against-                                 ORDER

ARCH REINSURANCE LTD.,
                            Defendant.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a hearing in this matter is currently scheduled for October 26, 2023, at 2:45 P.M.; and

    WHEREAS this time is no longer convenient for the Court.

    IT IS HEREBY ORDERED that the hearing will be held on **Wednesday, October 25, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: October 19, 2023**
**New York, NY**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**