USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FORESIGHT ENERGY, LLC,

                           Petitioner.

      -against-

ARCH REINSURANCE LTD.,

                           Defendant.
------------------------------------------------------------- X

23-CV-8703 (VEC)

<u>ORDER</u>

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on October 25, 2023, the parties appeared before the Undersigned for a hearing on Petitioner's motion for a preliminary injunction and Respondent's cross-motion to compel arbitration and for an award of fees.

IT IS HEREBY ORDERED that the motions are DENIED for the reasons stated at the hearing.

IT IS FURTHER ORDERED that, to the extent that Petitioner wishes to continue to litigate this matter, the parties are ordered to meet and confer and submit a joint letter on proposed next steps by **Friday, November 3, 2023**.

**SO ORDERED.**

**Date: October 25, 2023**
        **New York, NY**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**